UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DEWAYNE JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL RAY, et al.,<br><br>        Defendants. | 1:02-cv-05747-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17)<br><br>**ORDER DISMISSING COMPLAINT/ACTION** |

Plaintiff, Mark Dewayne Jackson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 11, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 11, 2006, are ADOPTED IN FULL; and,

2. The complaint, and therefore action, is DISMISSED pursuant to Local Rule 11-110, for plaintiff's failure to obey the court's order of November 17, 2005, and failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:   February 16, 2006**                    /s/ Oliver W. Wanger
emm0d6                                                       UNITED STATES DISTRICT JUDGE